Feingold *v.* KDI Sylvan Pools, Inc., Appellant.

Argued December 5, 1974. *Edward B. Bergman,* with him *Solo, Bergman & Padova,* for appellant; *Allen L. Feingold,* with him *A. L. Feingold Associates,* for appellee.

Judgment affirmed; petition for reargument refused February 20, 1975.

VAN DER VOORT, J., absent.

Fisher *v.* Drumstas, Appellant.

Argued December 3, 1974. *Anthony W. Novasitis, Jr.,* for appellant; *Herman Blumenthal,* for appellee.

Decree affirmed.

VAN DER VOORT, J., absent.

Garberina *v.* Hagopian, et ux., Appellants, et al.

Argued December 5, 1974. *Frank X. O'Brien,* for appellants; *Ralph L. Herbst, III,* with him *Norman Hegge, Jr., Emil F. Toften, Joseph F. Keener, Jr.,* and *Lewis H. Van Dusen, Jr.,* for appellee.

Order affirmed.

VAN DER VOORT, J., absent.